Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−24160−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Mark Shababb
   202 Saint Michael's Walk
   Union City, NJ 07087

Social Security No.:
   xxx−xx−1365

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 25, 2018
JAN: mcp

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Mark Shababb  
      Debtor

Case No. 18-24160-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 25, 2018  
                    Form ID: 148    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
```
db              +Steven Mark Shababb,   202 Saint Michael's Walk,   Union City, NJ 07087-3351
cr              +INOVA FEDERAL CREDIT UNION,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                  Mt. Laurel, NJ 08054-3437
517646229       +Christiana Truse,   501 Carr Rd., Ste 100,   Wilmington DE 19809-2866
517737119       +Christiana Trust, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517646230       +St.Michael's Walk Condo Assn,   Attn: Delev Property Mgmt,   12 Furler Ave,
                  Totowa NJ 07512-1843
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 23:47:16     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 23:47:13     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Sep 26 2018 03:03:00     Synchrony Bank, c/o PRA Recievables Management, LL,
                  POB 41021,   Norfolk, VA 23541-1021
517646228       +EDI: BANKAMER2.COM Sep 26 2018 03:03:00     Bank of America,   100 North Tryon St,
                  Charlotte NC 28255-0001
517749806        EDI: BL-BECKET.COM Sep 26 2018 03:03:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                  PO Box 3001,   Malvern PA 19355-0701
517772293       +E-mail/Text: bncmail@w-legal.com Sep 25 2018 23:47:21     CarePoint Health - Physican GSHA,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517763759        EDI: PRA.COM Sep 26 2018 03:03:00     Portfolio Recovery Associates, LLC,
                  C/O Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
517649630       +EDI: RMSC.COM Sep 26 2018 03:03:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
517665106       +EDI: AIS.COM Sep 26 2018 03:03:00     T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 9
```
        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Christiana Trust ,a division of Wilmington Savings
               Fund Society, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Helene Bonnie Raush    on behalf of Creditor    Saint Michael's Walk Condominium Association
               hraush@hgllclaw.com, aholmes@hgllclaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    INOVA FEDERAL CREDIT UNION nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Christiana Trust ,a division of Wilmington Savings
               Fund Society, et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```